UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Crosscreek LLC,

    Plaintiff,

v.                                             Case No. 2:19-cv-2940

Sharon Bell,                        Judge Michael H. Watson

    Defendant.                   Chief Magistrate Judge Deavers

## OPINION AND ORDER

Sharon Bell ("Defendant"), proceeding without the assistance of counsel, removed this eviction action from Franklin County Municipal Court and moved to proceed *in forma pauperis*. Mot., ECF No. 1. The Magistrate Judge issued a Report and Recommendation ("R&R") finding that this Court lacked subject matter jurisdiction and recommending that this case be remanded. R&R, ECF No. 3. In light of that recommendation, the Magistrate Judge further recommended denying Defendant's motion to proceed *in forma pauperis*. *Id*.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id*. The R&R advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court adopting the R&R. *Id*. The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. Defendant's motion to proceed *in forma pauperis* is **DENIED**, and this case is **REMANDED** to Franklin County Municipal Court.

**IT IS SO ORDERED.**

*[signature]*

MICHAEL H. WATSON, JUDGE
**UNITED STATES DISTRICT COURT**